## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
**District Judge Melissa Damian**

| | |
|---|---|
| Guasto v. The City of Miami Beach, et al. | Case No: 1:22-cv-21004 |
| FEIGE v. Burrows | Case No: 1:22-cv-22086 |
| Nicolaidis v. Wave Life LLC | Case No: 1:23-cv-20037 |
| Lee v. Carnival Corp. | Case No: 1:23-cv-20148 |
| Vera v. Market Wood LLC | Case No: 1:23-cv-20285 |
| GS Holistic, LLC v. Mr. Smokey Corp. | Case No: 1:23-cv-20599 |
| Shidler v. Carnival Corp. | Case No: 1:23-cv-21235 |
| Felton v. Virgin Cruises | Case No: 1:23-cv-21308 |
| Hughes-Jackson v. Carnival | Case No: 1:23-cv-24431 |
| Hastings v. Florida International Univ. | Case No: 1:23-cv-24508 |
| Estes Express Lines v. ABM Electrical | Case No: 1:24-cv-20376 |
| Mercer v. NCL | Case No: 1:24-cv-20450 |

## ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection

procedure to insure the fair and impartial reassignment of cases from the undersigned District

Judge to the newly appointed **District Judge Melissa Damian**. Prior to executing this Order, the

undersigned has reviewed the files and has ruled upon all ripe pending motions that have not been

referred to the paired Magistrate Judge, and are fully briefed, in accordance with the policy

established by the Judges of the Southern District of Florida (See Internal Operating Procedures,

Section 2.05.03 -2.05.04). It is hereby

ORDERED that the above-styled action is hereby REASSIGNED to the calendar of the

**Honorable Melissa Damian** as of Tuesday, March 19, 2024, for all further proceedings. It is

further

ORDERED that all currently pending hearings set before the undersigned Judge are

hereby TERMINATED and are to be rescheduled by **District Judge Melissa Damian.**  It is

further

ORDERED all deadlines will REMAIN IN EFFECT unless altered by **District Judge Melissa Damian**. It is further

ORDERED that all pleadings hereafter filed shall bear the assigned case number followed by the initials **MD** in lieu of the present initials.

**DONE AND ORDERED in Chambers at Miami, Florida, this Tuesday, March 19, 2024.**

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

c: All counsel of record/pro se parties

STATUS REPORT REGARDING

TRANSFERRED CASES COVER SHEET

TO DISTRICT COURT JUDGE: Melissa Damian

CASE NO.:  22-cv-21004

STYLE: Guasto v. The City of Miami Beach, et al.      Name & Number of person completing this form: Heather Sarafoglu 305 523 5173

**IMPORTANT:** For transferred civil cases, unless otherwise ordered, the Clerk's Office is responsible for terminating pending hearings in CM/ECF and notifying the parties. All deadlines will remain in effect. The courtroom deputy for the Judge receiving cases is responsible for rescheduling the hearings and notifying the parties.

| TYPE OF HEARING | DATE OF HEARING SET BY TRANSFERRING JUDGE | WAS HEARING TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable | WAS DEADLINE TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable |
|---|---|---|---|
| Status Conference | 9/18/2024 | No | |
| Discovery Cut-Off | 3/29/2024 | No | |
| Pre-Trial Conference | | | |
| Calendar Call | 10/2/2024 | No | |
| Jury/Bench Trial | 10/7/2024 | No | |
| Any Other Pending Hearing: | | | |
| Any Other Pending Hearing: | | | |

Was Case Referred to Mediation? (Civil Only)

YES ☑    NO ☐
If Yes, Date Referral was made : 7/21/2023

Was the Case Referred to a Magistrate Judge?

YES ☑    NO ☐
If Yes, Name of Judge:  Chief Magistrate Judge Edwin G. Torres for Discovery

Was a Pending Motion Referred to Magistrate Judge?

YES ☐    NO ☑
If Yes, Name of the Motion and D.E. #:

Is the paired Magistrate Judge on Events Only?

YES ☐    NO ☑
(If Yes, please remember to terminate.)

Other Pertinent Information: Pending (not ripe) Motion to Strike Plaintiff's Expert Witness Disclosure [ECF No. 39] and Motion to Strike Plaintiff's Expert Report [ECF No. 43].

STATUS REPORT REGARDING

TRANSFERRED CASES COVER SHEET

TO DISTRICT COURT JUDGE: Melissa Damian

CASE NO.: 22-cv-22086

STYLE: FEIGE v. Burrows     Name & Number of person completing this form: Heather Sarafoglu 305-523-5173

**IMPORTANT: For transferred civil cases, unless otherwise ordered, the Clerk's Office is responsible for terminating pending hearings in CM/ECF and notifying the parties. All deadlines will remain in effect. The courtroom deputy for the Judge receiving cases is responsible for rescheduling the hearings and notifying the parties.**

| TYPE OF HEARING | DATE OF HEARING SET BY TRANSFERRING JUDGE | WAS HEARING TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable | WAS DEADLINE TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable |
|---|---|---|---|
| Status Conference | 6/12/2024 | No | |
| Discovery Cut-Off | 1/19/2024 | | |
| Pre-Trial Conference | | | |
| Calendar Call | 8/21/2024 | No | |
| Jury/Bench Trial | 8/26/2024 | No | |
| Any Other Pending Hearing: | | | |
| Any Other Pending Hearing: | | | |

Was Case Referred to Mediation? (Civil Only)

YES [✓]    NO [ ]
If Yes, Date Referral was made : 4/2/2023

Was the Case Referred to a Magistrate Judge?

YES [✓]    NO [ ]
If Yes, Name of Judge: Chief Magistrate Judge Torres for Discovery

Was a Pending Motion Referred to Magistrate Judge?

YES [ ]    NO [✓]
If Yes, Name of the Motion and D.E. #:

Is the paired Magistrate Judge on Events Only?

YES [ ]    NO [✓]
(If Yes, please remember to terminate.)

Other Pertinent Information:

STATUS REPORT REGARDING

TRANSFERRED CASES COVER SHEET

TO DISTRICT COURT JUDGE: Melissa Damian

CASE NO.: 23-cv-20037

STYLE: Nicolaidis v. Wave Life LLC          Name & Number of person completing this form: Heather Sarafoglu 305 523 5173

**IMPORTANT:** For transferred civil cases, unless otherwise ordered, the Clerk's Office is responsible for terminating pending hearings in CM/ECF and notifying the parties. All deadlines will remain in effect. The courtroom deputy for the Judge receiving cases is responsible for rescheduling the hearings and notifying the parties.

| TYPE OF HEARING | DATE OF HEARING SET BY TRANSFERRING JUDGE | WAS HEARING TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable | WAS DEADLINE TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable |
|---|---|---|---|
| Status Conference | | | |
| Discovery Cut-Off | 1/30/2024 | N/A | |
| Pre-Trial Conference | | | |
| Calendar Call | 4/17/2024 | No | |
| Jury/Bench Trial | 4/22/2024 | No | |
| Any Other Pending Hearing: | | | |
| Any Other Pending Hearing: | | | |

Was Case Referred to Mediation? (Civil Only)

YES ☑        NO ☐
If Yes, Date Referral was made : 3/13/2023

Was the Case Referred to a Magistrate Judge?

YES ☑        NO ☐
If Yes, Name of Judge: Chief Magistrate Judge Edwin G. Torres for Discovery and for a Settlement Conference

Was a Pending Motion Referred to Magistrate Judge?

YES ☐        NO ☑
If Yes, Name of the Motion and D.E. #:

Is the paired Magistrate Judge on Events Only?

YES ☐        NO ☑
(If Yes, please remember to terminate.)

Other Pertinent Information:

STATUS REPORT REGARDING

TRANSFERRED CASES COVER SHEET

TO DISTRICT COURT JUDGE: Melissa Damian

CASE NO.:  23-cv-20148

STYLE:  Lee v. Carnival Corp.          Name & Number of person completing this form:  Heather Sarafoglu 305 523 5173

**IMPORTANT:** For transferred civil cases, unless otherwise ordered, the Clerk's Office is responsible for terminating pending hearings in CM/ECF and notifying the parties. All deadlines will remain in effect. The courtroom deputy for the Judge receiving cases is responsible for rescheduling the hearings and notifying the parties.

| TYPE OF HEARING | DATE OF HEARING SET BY TRANSFERRING JUDGE | WAS HEARING TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable | WAS DEADLINE TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable |
|---|---|---|---|
| Status Conference | 8/14/2024 | No | |
| Discovery Cut-Off | 7/1/2024 | No | |
| Pre-Trial Conference | | | |
| Calendar Call | 10/30/2024 | No | |
| Jury/Bench Trial | 11/04/2024 | No | |
| Any Other Pending Hearing: | | | |
| Any Other Pending Hearing: | | | |

Was Case Referred to Mediation? (Civil Only)

YES ✓    NO ☐
If Yes, Date Referral was made :  7/3/2023

Was the Case Referred to a Magistrate Judge?

YES ✓    NO ☐
If Yes, Name of Judge:  Chief Magistrate Judge Edwin G. Torres for Discovery

Was a Pending Motion Referred to Magistrate Judge?

YES ☐    NO ✓
If Yes, Name of the Motion and D.E. #:

Is the paired Magistrate Judge on Events Only?

YES ☐    NO ✓
(If Yes, please remember to terminate.)

Other Pertinent Information:

STATUS REPORT REGARDING

TRANSFERRED CASES COVER SHEET

TO DISTRICT COURT JUDGE: Melissa Damian

CASE NO.: 23-cv-20285

STYLE: Vera v. Market Wood LLC          Name & Number of person completing this form: Heather Sarafoglu 305 523 5173

**IMPORTANT:** For transferred civil cases, unless otherwise ordered, the Clerk's Office is responsible for terminating pending hearings in CM/ECF and notifying the parties. All deadlines will remain in effect. The courtroom deputy for the Judge receiving cases is responsible for rescheduling the hearings and notifying the parties.

| TYPE OF HEARING | DATE OF HEARING SET BY TRANSFERRING JUDGE | WAS HEARING TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable | WAS DEADLINE TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable |
|---|---|---|---|
| Status Conference | 6/12/2024 | No | |
| Discovery Cut-Off | 4/5/2024 | No | |
| Pre-Trial Conference | | | |
| Calendar Call | 9/4/2024 | No | |
| Jury/Bench Trial | 9/9/2024 | No | |
| Any Other Pending Hearing: | | | |
| Any Other Pending Hearing: | | | |

| Was Case Referred to Mediation? (Civil Only) |
|---|
| YES ☑   NO ☐<br>If Yes, Date Referral was made : 7/11/2023 |
| Was the Case Referred to a Magistrate Judge? |
| YES ☑   NO ☐<br>If Yes, Name of Judge: Chief Magistrate Judge Edwin G. Torres for Discovery |
| Was a Pending Motion Referred to Magistrate Judge? |
| YES ☐   NO ☑<br>If Yes, Name of the Motion and D.E. #: |
| Is the paired Magistrate Judge on Events Only? |
| YES ☐   NO ☑<br>(If Yes, please remember to terminate.) |
| Other Pertinent Information: |

STATUS REPORT REGARDING

TRANSFERRED CASES COVER SHEET

TO DISTRICT COURT JUDGE: _Melissa Damian_

CASE NO.: _23-cv-20599_

STYLE: _GS Holistic LLC v. Mr. Smokey Corp._     Name & Number of person completing this form: _Heather Sarafoglu 305 523 5173_

**IMPORTANT:** For transferred civil cases, unless otherwise ordered, the Clerk's Office is responsible for terminating pending hearings in CM/ECF and notifying the parties. All deadines will remain in effect. The courtroom deputy for the Judge receiving cases is responsible for rescheduling the hearings and notifying the parties.

| TYPE OF HEARING | DATE OF HEARING SET BY TRANSFERRING JUDGE | WAS HEARING TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable | WAS DEADLINE TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable |
|---|---|---|---|
| Status Conference | 5/22/2024 | No | |
| Discovery Cut-Off | 2/2/2024 | N/A | |
| Pre-Trial Conference | | | |
| Calendar Call | 7/24/2024 | No | |
| Jury/Bench Trial | 7/29/2024 | No | |
| Any Other Pending Hearing: | | | |
| Any Other Pending Hearing: | | | |

Was Case Referred to Mediation? (Civil Only)

YES ☑     NO ☐
If Yes, Date Referral was made :  10/23/2023

Was the Case Referred to a Magistrate Judge?

YES ☑     NO ☐
If Yes, Name of Judge:  Chief Magistrate Judge Edwin G. Torres for Discovery

Was a Pending Motion Referred to Magistrate Judge?

YES ☐     NO ☑
If Yes, Name of the Motion and D.E. #:

Is the paired Magistrate Judge on Events Only?

YES ☐     NO ☑
(If Yes, please remember to terminate.)

Other Pertinent Information:

STATUS REPORT REGARDING

TRANSFERRED CASES COVER SHEET

TO DISTRICT COURT JUDGE: Melissa Damian

CASE NO.: 23-cv-21235

STYLE: Shidler v. Carnival Corp.     Name & Number of person completing this form: Heather Sarafoglu 305 523 5173

**IMPORTANT:** For transferred civil cases, unless otherwise ordered, the Clerk's Office is responsible for terminating pending hearings in CM/ECF and notifying the parties. All deadlines will remain in effect. The courtroom deputy for the Judge receiving cases is responsible for rescheduling the hearings and notifying the parties.

| TYPE OF HEARING | DATE OF HEARING SET BY TRANSFERRING JUDGE | WAS HEARING TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable | WAS DEADLINE TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable |
|---|---|---|---|
| Status Conference | | | |
| Discovery Cut-Off | 5/15/2024 | No | |
| Pre-Trial Conference | | | |
| Calendar Call | 10/2/2024 | No | |
| Jury/Bench Trial | 10/7/2024 | No | |
| Any Other Pending Hearing: | | | |
| Any Other Pending Hearing: | | | |

Was Case Referred to Mediation? (Civil Only)

YES [✓]     NO [ ]
If Yes, Date Referral was made : 5/8/2023

Was the Case Referred to a Magistrate Judge?

YES [✓]     NO [ ]
If Yes, Name of Judge: Chief Magistrate Judge Edwin G. Torres for Discovery

Was a Pending Motion Referred to Magistrate Judge?

YES [ ]     NO [✓]
If Yes, Name of the Motion and D.E. #:

Is the paired Magistrate Judge on Events Only?

YES [ ]     NO [✓]
(If Yes, please remember to terminate.)

Other Pertinent Information:

STATUS REPORT REGARDING

TRANSFERRED CASES COVER SHEET

TO DISTRICT COURT JUDGE: Melissa Damian

CASE NO.: 23-cv-21308

STYLE: Felton v. Virgin Cruises          Name & Number of person completing this form: Heather Sarafoglu 305-523-5173

**IMPORTANT:** For transferred civil cases, unless otherwise ordered, the Clerk's Office is responsible for terminating pending hearings in CM/ECF and notifying the parties. All deadlines will remain in effect. The courtroom deputy for the Judge receiving cases is responsible for rescheduling the hearings and notifying the parties.

| TYPE OF HEARING | DATE OF HEARING SET BY TRANSFERRING JUDGE | WAS HEARING TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable | WAS DEADLINE TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable |
|---|---|---|---|
| Status Conference | 9/4/2024 | No | |
| Discovery Cut-Off | 3/22/2024 | | |
| Pre-Trial Conference | | | |
| Calendar Call | 11/13/2024 | No | |
| Jury/Bench Trial | 11/18/2024 | No | |
| Any Other Pending Hearing: | | | |
| Any Other Pending Hearing: | | | |

Was Case Referred to Mediation? (Civil Only)

YES ☑       NO ☐
If Yes, Date Referral was made : 10/3/2023

Was the Case Referred to a Magistrate Judge?

YES ☑       NO ☐
If Yes, Name of Judge: Chief Magistrate Judge Torres for Discovery

Was a Pending Motion Referred to Magistrate Judge?

YES ☐       NO ☑
If Yes, Name of the Motion and D.E. #:

Is the paired Magistrate Judge on Events Only?

YES ☐       NO ☑
(If Yes, please remember to terminate.)

Other Pertinent Information:

STATUS REPORT REGARDING

TRANSFERRED CASES COVER SHEET

TO DISTRICT COURT JUDGE: Melissa Damian

CASE NO.:    23-cv-24431

STYLE: Hughes-Jackson v. Carnival Corp.        Name & Number of person completing this form: Heather Sarafoglu 305 523 5173

**IMPORTANT:** For transferred civil cases, unless otherwise ordered, the Clerk's Office is responsible for terminating pending hearings in CM/ECF and notifying the parties. All deadlines will remain in effect. The courtroom deputy for the Judge receiving cases is responsible for rescheduling the hearings and notifying the parties.

| TYPE OF HEARING | DATE OF HEARING SET BY TRANSFERRING JUDGE | WAS HEARING TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable | WAS DEADLINE TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable |
|---|---|---|---|
| Status Conference | | | |
| Discovery Cut-Off | | | |
| Pre-Trial Conference | | | |
| Calendar Call | | | |
| Jury/Bench Trial | | | |
| Any Other Pending Hearing: | | | |
| Any Other Pending Hearing: | | | |

| Was Case Referred to Mediation? (Civil Only) |
|---|
| YES ☐    NO ☑<br>If Yes, Date Referral was made : |
| Was the Case Referred to a Magistrate Judge? |
| YES ☐    NO ☑<br>If Yes, Name of Judge: |
| Was a Pending Motion Referred to Magistrate Judge? |
| YES ☐    NO ☑<br>If Yes, Name of the Motion and D.E. #: |
| Is the paired Magistrate Judge on Events Only? |
| YES ☐    NO ☑<br>(If Yes, please remember to terminate.) |
| Other Pertinent Information: |

STATUS REPORT REGARDING

TRANSFERRED CASES COVER SHEET

TO DISTRICT COURT JUDGE: Melissa Damian

CASE NO.: 23-cv-24508

STYLE: Hastings v. Florida International Univ.        Name & Number of person completing this form: Heather Sarafoglu 305 523 5173

**IMPORTANT:** For transferred civil cases, unless otherwise ordered, the Clerk's Office is responsible for terminating pending hearings in CM/ECF and notifying the parties. All deadines will remain in effect. The courtroom deputy for the Judge receiving cases is responsible for rescheduling the hearings and notifying the parties.

| TYPE OF HEARING | DATE OF HEARING SET BY TRANSFERRING JUDGE | WAS HEARING TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable | WAS DEADLINE TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable |
|---|---|---|---|
| Status Conference | | | |
| Discovery Cut-Off | | | |
| Pre-Trial Conference | | | |
| Calendar Call | | | |
| Jury/Bench Trial | | | |
| Any Other Pending Hearing: | | | |
| Any Other Pending Hearing: | | | |

| Was Case Referred to Mediation? (Civil Only) |
|---|
| YES ☐    NO ☑ <br> If Yes, Date Referral was made : |
| Was the Case Referred to a Magistrate Judge? |
| YES ☐    NO ☑ <br> If Yes, Name of Judge: |
| Was a Pending Motion Referred to Magistrate Judge? |
| YES ☐    NO ☑ <br> If Yes, Name of the Motion and D.E. #: |
| Is the paired Magistrate Judge on Events Only? |
| YES ☐    NO ☑ <br> (If Yes, please remember to terminate.) |
| Other Pertinent Information: |

STATUS REPORT REGARDING

TRANSFERRED CASES COVER SHEET

TO DISTRICT COURT JUDGE: Melissa Damian

CASE NO.:      24-cv-20376

STYLE: Estes Express Lines v. ABM Electrical      Name & Number of person completing this form: Heather Sarafoglu 305 523 5173

**IMPORTANT:** For transferred civil cases, unless otherwise ordered, the Clerk's Office is responsible for terminating pending hearings in CM/ECF and notifying the parties. All deadlines will remain in effect. The courtroom deputy for the Judge receiving cases is responsible for rescheduling the hearings and notifying the parties.

| TYPE OF HEARING | DATE OF HEARING SET BY TRANSFERRING JUDGE | WAS HEARING TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable | WAS DEADLINE TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable |
|---|---|---|---|
| Status Conference | | | |
| Discovery Cut-Off | | | |
| Pre-Trial Conference | | | |
| Calendar Call | | | |
| Jury/Bench Trial | | | |
| Any Other Pending Hearing: | | | |
| Any Other Pending Hearing: | | | |

Was Case Referred to Mediation? (Civil Only)

YES ☐      NO ☑
If Yes, Date Referral was made :

Was the Case Referred to a Magistrate Judge?

YES ☐      NO ☑
If Yes, Name of Judge:

Was a Pending Motion Referred to Magistrate Judge?

YES ☐      NO ☑
If Yes, Name of the Motion and D.E. #:

Is the paired Magistrate Judge on Events Only?

YES ☐      NO ☑
(If Yes, please remember to terminate.)

Other Pertinent Information:

STATUS REPORT REGARDING

TRANSFERRED CASES COVER SHEET

TO DISTRICT COURT JUDGE: __Melissa Damian__

CASE NO.: __24-cv-20450__

STYLE: __Mercer v. NCL__          Name & Number of person completing this form: __Heather Sarafoglu 305 523 5173__

**IMPORTANT:** For transferred civil cases, unless otherwise ordered, the Clerk's Office is responsible for terminating pending hearings in CM/ECF and notifying the parties. All deadlines will remain in effect. The courtroom deputy for the Judge receiving cases is responsible for rescheduling the hearings and notifying the parties.

| TYPE OF HEARING | DATE OF HEARING SET BY TRANSFERRING JUDGE | WAS HEARING TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable | WAS DEADLINE TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable |
|---|---|---|---|
| Status Conference | | | |
| Discovery Cut-Off | | | |
| Pre-Trial Conference | | | |
| Calendar Call | | | |
| Jury/Bench Trial | | | |
| Any Other Pending Hearing: | | | |
| Any Other Pending Hearing: | | | |

Was Case Referred to Mediation? (Civil Only)

YES ☐    NO ☑
If Yes, Date Referral was made :

Was the Case Referred to a Magistrate Judge?

YES ☐    NO ☑
If Yes, Name of Judge:

Was a Pending Motion Referred to Magistrate Judge?

YES ☐    NO ☑
If Yes, Name of the Motion and D.E. #:

Is the paired Magistrate Judge on Events Only?

YES ☐    NO ☑
(If Yes, please remember to terminate.)

Other Pertinent Information: